## COOPER *against* BISSELL.

*Where a court of C. P. refused leave to amend a general verdict, by applying the evidence to one count, and to enter a nol. pros. as to the other, this court, on a writ of error, judgment having been entered on the verdict below, cannot grant leave to amend the record.*

STORRS moved for leave to enter a *nolle prosequi* as to one count, on an affidavit stating that this was a writ of error to the *Oneida* court of common pleas ; that the declaration contained two counts, one in trover, and the other in trespass, for taking a horse ; that the verdict was general, and that the evidence applied to either count ; that an application had been made to the court below to amend the verdict, by applying it to one count, and for leave to enter a *nolle prosequi* as to the other, which motion had been refused. He contended, that the court of errors had a right to make the amendment requested, as fully as the court below.

*Talcot,* contra.

*Per Curiam.* There are several insuperable objections to the motion.

When one count in a declaration is good, and the others bad, if the judge will certify that the evidence applied solely to that count, or that all the evidence given would properly apply to that count as well as the others, the verdict may be amended by applying it to the good count ; and if the evidence did not particularly apply to the bad count, the verdict may also be amended. (1 *Caines' Rep.* 381. 1 *Johns. Rep.* 505.)

Admitting that one of the counts here is bad, on account of the misjoinder, the amendment can only be made in the court where the trial took place, and by reference to the judge's notes.

It is believed there is no instance of an amendment in a court of errors, by inquiring into facts *dehors* the record. There is nothing in this court to amend by. A court of errors will either overlook clerical mistakes or they will amend them in furtherance of justice, where there is any thing to amend by ; it would not, in this case, be discreet in the court to make the amendment, if they had the power ; for

this motion has been submitted to the court below, where the trial took place, and that court has refused to make the amendment.

In the present case, a judgment has been given upon the verdict, and, consequently, it is completed; if any error has intervened, it is an error of the court in point of law; and in such case, it is very questionable, indeed, whether this court can amend; the better opinion is, that it cannot. (*Ray* v. *Lister*, 1 *Andrews*, 384, 335.)

Motion denied.